IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KEVIN GOMEZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JEANNE S. WOODFORD,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-00586-OWW-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Doc. 5)<br><br>(30) THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 13, 2007, the Court issued an Order to Show Cause why the instant Petition for Writ of Habeas Corpus should not be dismissed for violating the limitations period of 28 U.S.C. § 2244(d), and required Petitioner to respond within twenty days (the "Order to Show Cause"). (Doc. 4).  On January 7, 2008, petitioner filed a motion to extend his time to file a response. (Doc. 5).

　　　　Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　1. Petitioner is granted thirty (30) days from the date of service of this Order in which to file a response to the Order to Show Cause.

　　　　Petitioner is forewarned that his failure to comply with this Order may result in Findings and Recommendations recommending that the Petition for Writ of Habeas Corpus be dismissed.

IT IS SO ORDERED.

Dated:   **January 23, 2008**　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE